IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: January 16, 2014 |
| Court Reporter: Gwen Daniel | Probation: Gary Burney |

_____

| | |
|---|---|
| Criminal Action No. 12-cr-00242-WJM | <u>Counsel:</u> |
| UNITED STATES OF AMERICA, | Zachary H. Phillips |
| | Kasandra Carleton |
| Plaintiff, | |
| v. | |
| 11. DESIREE ROSE CEBALLES,<br>a/k/a "Desiree Rosa Allen"<br>"Desiree Rose Lucy"<br>"Desiree Ceballes"<br>"Desiree Rose Martinez" | John F. Sullivan |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

10:07 a.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Sentencing Statement (by Mr. Phillips)

1

Sentencing Statement (by Mr. Sullivan)

The Court addresses the defendant's Objections to Presentence Investigation (ECF No. 686)

**ORDERED:** Pursuant to Rule 32 (i)(3)(B) no ruling on the defendant's Objections to Presentence Investigation (ECF No. 686) is necessary.

**ORDERED:** The Government's Motion to Dismiss Remaining Counts of the Indictment (ECF No. 693) is GRANTED. Counts One and Twenty of the Indictment are dismissed as to Defendant Desiree Rose Ceballes only.

**ORDERED:** There being no objection to the Government's Motion for Defendant to Receive Three Level Decrease for Acceptance of Responsibility Under U.S.S.G. §3E1.1(b) (ECF No. 695), the Motion is GRANTED.

**ORDERED:** The United States § 5K1.1 Motion for Downward Departure From Sentencing Guideline Range (ECF No. 694) is GRANTED.

**ORDERED:** Defendant's Motion for Statutory Sentence (ECF No. 703) is GRANTED.

Defendant's Allocution

> Defendant plead guilty to Count Twenty-Two of the Indictment on March 8, 2012.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Desiree Rose Ceballes, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of time served.

The defendant's custodial sentence has been satisfied as of the date of sentencing. The Bureau of Prisons is directed to release the defendant from custody as soon as practicable, but in no event later than one week from today, January 23, 2014.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of one year.

Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

**While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

ORDERED: Special Conditions of Supervised Release:

1. **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

2. **The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.**

3. **The defendant shall remain medication compliant and shall take all medications that are prescribed by her treating psychiatrist. The defendant shall cooperate with random blood tests as requested by her treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of her prescribed medications is maintained.**

ORDERED: **The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:   Defendant has no ability to pay a fine, and the fine is waived.**

**ORDERED:   Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the forfeiture allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

Defendant advised of her right to appeal her conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

10:39 a.m.   Court in Recess
             Hearing concluded
             Time: 32 minutes