# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Judge William J. Martínez

Criminal Case No.   12-cr-00242-WJM-11

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11.    DESIREE ROSE CEBALLES,
    a/k/a "Desiree Rosa Allen"
    "Desiree Rose Lucy"
    "Desiree Ceballes"
    "Desiree Rose Martinez,"

    Defendant.

---

## ORDER

---

PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

ORDERED that Defendant Desiree Rose Ceballes is sentenced to TIME SERVED.

Dated at Denver, Colorado, this 16th day of January 2014.

BY THE COURT:

_____
Judge William J. Martínez
United States District Judge