IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No.   12-cr-00242-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11.    DESIREE ROSE CEBALLES,

    Defendant.

## ORDER

PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

ORDERED that Defendant Desiree Rose Ceballes is sentenced to TIME SERVED.

Dated at Denver, Colorado, this 19th day of November 2014.

BY THE COURT:

Judge William J. Martínez
United States District Judge