# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number: 1:12-cr-00242-WJM-11 |
| | USM Number: 38623-013 |
| DESIREE ROSE CEBALLES<br>a/k/a Desiree Rosa Allen<br>Desiree Rose Lucy<br>Desiree Ceballes<br>Desiree Rose Martinez | Nathan Dale Chambers, Appointed<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 6, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 09/10/2015 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

January 4, 2016
_____
Date of Imposition of Judgment

_____
Signature of Judge

William J. Martinez, U.S. District Judge
_____
Name & Title of Judge

6 Jan 2016
_____
Date

DEFENDANT:  DESIREE ROSE CEBALLES
CASE NUMBER:  1:12-cr-00242-WJM-11                                         Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Possession and Use of a Controlled Substance | 07/01/2015 |
| 3 | Failure to Comply with Rules of Residential Reentry Center (RRC) | 01/31/2015 |
| 4 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 08/30/2015 |
| 5 | Failure to Participate in Dual Diagnosis Treatment as Directed by the Probation Officer | 07/16/2015 |
| 6 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 08/21/2015 |

DEFENDANT:  DESIREE ROSE CEBALLES
CASE NUMBER:  1:12-cr-00242-WJM-11

Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months.

The court recommends that the Bureau of Prisons give the defendant full credit for time served.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By_____
Deputy United States Marshal